UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHESKEL FRIESEL,

Plaintiff,

-against-

BANK OF AMERICA, N.A. et al,

Defendants.

No. 24-cv-02346 (NSR)

**ORDER**

NELSON S. ROMÁN, United States District Judge:

On August 4, 2026, the Court issued an Order to Show Cause (the "Order") directing Plaintiff to show cause in writing on or before September 4, 2026 as to why this action against Defendants Bank of America, N.A. and J.P. Morgan Chase, N.A. should not be dismissed without prejudice for want of prosecution pursuant to Fed. R. Civ. P. 41(b). (ECF No. 19.) Failure to comply with the Order would result in dismissal of this case for want of prosecution. (*Id.*) Despite the Court's Order, there has been no further communication or action taken on the part of Plaintiff. Accordingly, it is hereby ordered that Plaintiff's claims against Bank of America, N.A. and J.P. Morgan Chase, N.A. are dismissed without prejudice and the matter terminated.

Dated: September 17, 2026
White Plains, NY

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE