**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------X

CHESKEL FRIESEL,

Plaintiff,

-against-

24 **CIVIL** 2346 (NSR)

# JUDGMENT

BANK OF AMERICA, N.A. et al,

Defendants.

---------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 17, 2026, Plaintiff's claims against Bank of America, N.A. and J.P. Morgan Chase, N.A. are dismissed without prejudice; accordingly, the case is closed.

**Dated:** New York, New York

September 21, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** Nezam Duld

**Deputy Clerk**